IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OREGON NATURAL DESERT ASS'N and WESTERN WATERSHEDS PROJECT, | Civil No. 08-576-BR |
| Plaintiffs, | |
| v. | ORDER |
| PAT RYAN, Field Manager, Malheur Resource Area, BLM, *et al.*, | |
| Defendants. | |

BROWN, Judge:

The Court has before it parties' Joint Stipulated Motion for Voluntary Dismissal under Fed. R. Civ. P. 41(a)(2). Having reviewed and considered the motion, and good cause appearing, the Court concludes that said Joint Stipulated Motion for Voluntary Dismissal is appropriate under Fed. R. Civ. P. 41(a)(2) and the facts presented. Accordingly,

1 – ORDER

IT IS ORDERED that plaintiffs' Joint Stipulated Motion for Voluntary Dismissal is hereby GRANTED; and

IT IS FURTHER ORDERED that this case is hereby DISMISSED, without prejudice to plaintiffs' ability to file a new action based on events occurring after this dismissal, and without prejudice to plaintiffs' seeking an award of attorneys' fees and costs in this action.

IT IS SO ORDERED.

DATED this 18th day of October, 2010

*Anna J. Brown*
Anna J. Brown
United States District Judge