IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

OREGON NATURAL DESERT ASSOCIATION　　　　　　08-CV-576-BR
and WESTERN WATERSHEDS PROJECT,

　　　　　　　　　　　　　　　　　　　　　　　ORDER
　　　　Plaintiffs,

v.

PAT RYAN, Field Manager, Malheur
Resource Area, BLM; DAVE HENDERSON,
Vale District Manager, BLM;
BUREAU OF LAND MANAGEMENT; and
UNITED STATES DEPARTMENT OF INTERIOR,

　　　　Defendants.

　　　The Court **GRANTS** Plaintiffs' unopposed Motion (#94) to Correct Clerical Mistake, Oversight, or Error and clarifies that, based on the Court's July 12, 2011, Opinion and Order (#93), Plaintiffs are entitled to an award of Attorney Fees in this

1 - ORDER

case in the total amount of $26,842.00 and costs in the total amount of $481.57.

IT IS SO ORDERED.

DATED this 4th day of October, 2011.

*[signature]*
ANNA J. BROWN
United States District Judge

2 - ORDER